UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.   **CV 21-4402-MWF(SHKx)**                                      Date: November 5, 2024

Title         ***Corinna Warm, et al. v. Innermost Limited, et al.***

Present: The Honorable:    MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

On July 5, 2024, Shanen Prout, Esq. filed a Motion to Withdraw as Counsel of Record for Defendant Innermost Limited (the "Motion") and a Proof of Service of the Motion.  (Docket Nos. 179 and 180).  The Proof of Service reflected service of the Motion on Steve Jones and Russell Cameron by email on behalf of Defendant Innermost Limited ("Innermost").  The Motion only requested withdrawal as to Innermost; it did not request withdrawal as to Defendant IM Design Concepts, LLC.

On August 12, 2024, the Court held a hearing on the Motion.  (Docket No. 184).  The Court then filed an Order Granting Motion to Withdraw as Counsel of Record for Defendant Innermost Limited (the "Order").  (Docket No. 185).

On August 14, 2024, counsel filed a Notice of Order, and a Certificate of Service of Notice of August 12, 2024 Order.  (Docket Nos. 186 and 187).  The Certificate of Service reflected that Steve Jones and Russell Cameron were served by email on behalf of Innermost.

The Order included a 45-day stay to permit Innermost time to secure new counsel.  That period of time has expired and no counsel has entered an appearance on behalf of Innermost.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 21-4402-MWF(SHKx)**                                           Date: November 5, 2024

Title          ***Corinna Warm, et al. v. Innermost Limited, et al.***

The Court now **ORDERS** as follows:

- The Court construes the omission of Defendant IM Design Concepts, LLC ("IM Design") from the Motion as an oversight by counsel.
- The Court DIRECTS chambers staff to serve (1) this Minute Order and the Order on counsel, and on Steve Jones and Russell Cameron on behalf of Innermost and IM Design by email.

The Court now **ORDERS** Innermost and IM Design to **SHOW CAUSE** (the "OSC"), in writing, why their Answer to First Amended Complaint and Counterclaims (Docket No. 91) should not be stricken. The Court will accept a notice of appearance of counsel for Innermost and IM Design, and a response to this Order to Show Cause by **no later than NOVEMBER 26, 2024**.

No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15. The Order will stand submitted upon the filing of the response to the Order to Show Cause. If a satisfactory response to the OSC is not timely filed, the Court will strike the Answer to First Amended Complaint and Counterclaims, enter default, and order Plaintiffs to proceed to file a motion for default judgment.

IT IS SO ORDERED.