UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No.  **CV 21-4402-MWF(SHKx)** | Date: February 28, 2025 |
| Title  ***Corinna Warm, et al. v. Innermost Limited, et al.*** | |

Present: The Honorable:   MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE**

On August 12, 2024, the Motion to Withdraw as Counsel of Record filed by Shanen Prout, Esq. as to Defendant Innermost Limited was granted. (*See* Order, Docket No. 185). The matter was stayed for 45 days and the jury trial was vacated. On August 14, 2024, Mr. Prout filed a Notice of Order and Certificate of Service of the Notice of August 12, 2024 Order on Defendant Innermost Limited. (Docket Nos. 186 and 187).

On November 5, 2024, the Court filed an Order to Show Cause (the "OSC") which (1) construed the Motion to Withdraw as applicable to both Defendant Innermost Limited and Defendant IM Design Concepts, LLC; and (2) ordered Defendants to show cause why their Answer to First Amended Complaint and Counterclaims should not be stricken by no later than November 26, 2024. (OSC, Docket No. 188, at 2).

On November 15, 2024, Defendant IM Design Concepts, LLC ("IM Design") filed a Response to Order to Show Cause, and a Notice of Appearance of Counsel. (Docket Nos. 189 and 190). In those documents, Mr. Prout confirmed that he continues to represent Defendant IM Design only.

In light of the foregoing, the Court now **ORDERS** as follows:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 21-4402-MWF(SHKx)**                                    Date: February 28, 2025

Title         ***Corinna Warm, et al. v. Innermost Limited, et al.***

- The Answer to Complaint and Counterclaim (Docket No. 91) is **STRICKEN** *only as to Defendant and Counterclaimant Innermost Limited*.
- The Clerk of Court shall enter default as to Defendant Innermost Limited, and terminate Defendant Innermost Limited as a Counterclaimant.
- On February 4, 2022, the Court denied Plaintiffs' Application for Entry of Default Against Defendant Lightform Canada Inc. (Docket No. 70). Plaintiffs have taken no further action as to this Defendant. Therefore, Defendant Lightform Canada Inc. is **DISMISSED** without prejudice.
- Plaintiffs and remaining Defendants IM Design and Archetype Lighting Sales, LLC shall meet and confer, and by no later than **March 21, 2025**, file a joint status report setting forth the current status of this case, and proposing a schedule for all remaining pretrial, Rule 16, Final Pretrial Conference and Jury Trial dates.

No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to timely respond to this Order to Show Cause may result in terminating sanctions.

IT IS SO ORDERED.