**CLOSED**

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CORINNA WARM, et al.,<br><br>*Plaintiffs*,<br><br>vs.<br><br>INNERMOST LIMITED, et al.,<br><br>*Defendants*. | Case No. 2:21-cv-04402-MWF-SHK<br>Hon. Michael W. Fitzgerald<br><br>**JUDGMENT** |

On April 6, 2026, the Court granted a Motion to Enforce the Settlement Agreement against Defendant IM Design Concepts LLC ("IMDC") filed by Plaintiffs Corinna Warm and Studio Warm LLC.  (Docket No. 220).

Good cause having been shown and pursuant to Rules 54, 55, and 65 of the Federal Rules of Civil Procedure and Local Rule 55-3,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that final judgment in this action be entered against Defendant IM Design Concepts LLC as follows:

1.      Judgment is entered in favor of Plaintiffs Corinna Warm and Studio Warm LLC, and against IMDC for IMDC's breach of the Settlement Agreement (set forth at Docket No. 221 and incorporated herein by reference).

2.      Plaintiffs are awarded **$92,678** — reflecting the amount of the payment owed to Plaintiffs under the Settlement Agreement ($82,800) and the amount of Plaintiffs' reasonable attorneys incurred in connection with enforcing the terms of the Settlement Agreement against IMDC ($9,878) — along with post-judgment interest prescribed by statute under 28 U.S.C. § 1961, from IMDC.

3.      Pursuant to Rule 65 of the Federal Rules of Civil Procedure, IMDC and its officers, agents, servants, employees, and attorneys, and other persons in active concert or participation with them are **ORDERED** to comply with the following: IMDC shall immediately destroy all units of the Disputed Products set forth in Section 4 of the Settlement Agreement and certify the destruction, including the date and place at which all such units were destroyed, in writing and under oath to Plaintiffs.

4.      The Court retains jurisdiction over Plaintiffs and IMDC solely to enforce this judgment against IMDC.

Dated: April 23, 2026

_____
MICHAEL W. FITZGERALD
United States District Judge